Robert SMITH and Gus GEORGE, Tom George and Joe George, Doing Business as George Bros., a Co-partnership, Appellants, v. Lloyd CAPP, Appellee.

No. 10151.

Circuit Court of Appeals, Ninth Circuit.

July 13, 1942.

R. E. Robertson, of Juneau, Alaska, and Delancey C. Smith, of San Francisco, Cal., for appellants.

Harold Bates, of Sitka, Alaska, and Charles Bagby, of San Francisco, Cal., for appellee.

Before GARRECHT and DENMAN, Circuit Judges.

PER CURIAM.

On stipulation of counsel for respective parties, ordered appeal herein dismissed, without costs to either party, that a judgment of dismissal be filed and entered accordingly and that the mandate of this court issue forthwith.